E-FILED
Thursday, 27 March, 2008 10:26:52 AM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
MICHAEL J. WILLIAMS

**WARRANT FOR ARREST**

Case Number: 08-M- 7211

**FILED**
MAR 27 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MICHAEL J. WILLIAMS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

distribution of a mixture and substance containing cocaine base ("crack"), a Schedule II Controlled Substance,

U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2008 MAR 21 P 12:59

in violation of Title   21     United States Code, Section(s)   841(a)(1)

David G. Bernthal
Name of Issuing Officer

s/David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

3/20/2008      Urbana, Illinois
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Champaign

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/31/08 | Jack Turner, DEA/TFO | [signature] |
| DATE OF ARREST | | |
| 03/20/08 | | |