UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

VS                                                              No: 08-7211

MICHAEL WILLIAMS

MOTION FOR PRE-PLEA/PRETRIAL CRIMINAL HISTORY COMPUTATION

1. Williams requests the Court to order Probation to prepare a pre plea/pretrial criminal history.

2. Williams may be "safety valve" eligible, pursuant to 18 USC sec. 3553(e); Williams is not certain as to his precise criminal history computation and is in need of the same to decide upon his course of action.

Michael Williams

s/John Taylor

By: John Taylor AFPD
300 W. Main
Urbana, Il 61801

CERTIFICATE OF SERVICE

I certify that on March 31, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to AUSA Ronda Coleman.

S/John Taylor
John Taylor, AFPD
300 W. Main
Urbana, Il. 61801
217-373-0666